# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00157 |
| | ) | Judge Trauger |
| KAREN DAVID | ) | |

## O R D E R

The defendant's Motion to Extend Time to Surrender on Summons (Docket No. 4) is **GRANTED**. It is hereby **ORDERED** that the defendant shall surrender on the summons issued in this case by Monday, October 7, 2013.

It is so **ORDERED**.

ENTER this 26th day of September 2013.

_____
ALETA A. TRAUGER
U.S. District Judge