UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 3:13-00157 |
| | ) | Judge Trauger |
| **KAREN DAVID** | ) | |

## MOTION TO CONTINUE TRIAL DATE

**COMES NOW** the Defendant, **Karen David**, by and through her undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the trial of her case from Tuesday, February 18, 2014 at 9:00 a.m., to a later date convenient to the Court and counsel. In support hereof, Defendant states as follows:

1. On December 10, 2013, the Court entered an Order setting the case for trial on Tuesday, February 18, 2014 at 9:00 a.m. (Docket Entry 13). Ms. David has been released on her own recognizance without conditions. (Docket Entry 7).

2. Undersigned counsel has an unusually busy trial schedule over the next few months. He has been preparing for a State aggravated child abuse/aggravated child neglect case which is set for trial on Monday, January 13, 2014 in the Criminal Court for Davidson County. He also has a rape trial involving a law enforcement officer which is set for trial on Monday, January 27, 2014 in the Criminal Court for Montgomery County, Tennessee. Undersigned counsel will begin a Federal narcotics trafficking trial on February 4, 2014 in the Eastern District of Tennessee, Chattanooga Division, before Judge Mattice and a jury. Efforts to resolve all of these cases short of trial have been unsuccessful.

1